**FILED**
APR - 6 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | : | MISC. NO. 11-031 |
| OF THE UNITED STATES OF AMERICA | : | (Under Seal) |
| FOR AN ORDER AUTHORIZING PEN REGISTER | : | |
| AND TRAP AND TRACE ON CELLULAR | : | |
| TELEPHONE NUMBER 571-911-0811 | : | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the above-captioned application for an order authorizing a pen register and trap and trace of cellular telephone number 571-991-0811, the affidavit in support of the application, order and all attachments thereto. As set forth in the Government's application, granted by Magistrate Judge Deborah Robinson on January 24, 2011, sealing of the application and related materials was necessary in that it concerned and was part of a continuing investigation and its release at that time endangered the course and outcome of the investigation. Since the Court's Order of January 24, 2011, however, a criminal case, United States v. Yunio Nunez, et.al, Criminal Number 11-074 (ESH), is now pending and the unsealing of the documents is now necessary in order for the government to provide defense counsel with discovery.

WHEREFORE, it is respectfully requested that the Government's Motion to Unseal be granted.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

BY: _Rikki McCoy_
Rikki McCoy, Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
202-252-7034  Fax: 202-252-7772
Rikki.McCoy@usdoj.gov